## Evanouskie Unemployment Compensation Case.

Argued June 15, 1967. *Florence Sandler Evanouskie*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Garrett Hill Beverage Company, Inc. Liquor License Case.

Argued June 20, 1967. *George G. Lindsay*, for appellant; *J. Leonard Langan*, Assistant Attorney General, with him *Thomas J. Shannon*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.